LRB/WMS												ARDC: #6206053

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| TANYA WOODS, )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>WAYNE CAMERON BIEDIGER, )<br>Individually, and as Agent )<br>and/or employee of )<br>MERCER TRANSPORTATION, and )<br>MERCER TRANSPORTATION, )<br>   Defendants, ) | Case No. 22 CV 5482 |

### NOTICE OF REMOVAL OF A CIVIL ACTION

**Please take Notice that** Defendants, WAYNE CAMERON BIEDIGER, AND MERCER TRANSPORTATION COMPANY INC., by SMITHAMUNDSEN, LLC, jointly, pursuant to 28 USC §1441, *et. seq.* and 28 U.S.C. §1332, remove the above captioned matter from the Circuit Court of Cook County, First District, Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, of the captioned suit, states as follows:

 1. On September 13, 2022, Plaintiff filed a Complaint entitled *Tanya Woods v. Wayne Cameraon Biediger, individually and as agent/employee of Mercer Transportation and Mercer Transportation,* in the Circuit Court of Cook County, Illinois, Case No. 22 L 008257. (Exhibit A)

 2. Plaintiff is seeking damages for severe and permanent injuries, pain and suffering, loss of a normal life, lost wages, reduced earning capacity and medical expenses.

 3. Plaintiff's medical bills alone are in excess of $500,000.00.

 4. Plaintiff, Tanya Woods is a citizen and resident of Cook County, Illinois

 5. Defendant, Wayne Cameron Biediger is a citizen and resident of Castroville, Texas.

 6. Defendant, Mercer Transportation Company, Inc., is corporate entity incorporated

under the laws of the State of Indiana, and with its principal place of business located at 1128 W. Main St. Louisville, Kentucky.

7. Defendant, Mercer transpiration Company, Inc., was served on September 20, 2022, via its registered agent, CT Corporation at 306 W. Main Street, Suite 512, Frankfort, Kentucky. (Exhibit B )

8. For diversity purposes, a corporation is a citizen of its state of incorporation and the state where its principal place of business is located. *CCC Information Services, Inc. v. American Salvage Pool Association*, 230 F.3d 342 (7th Cir. 2000).

9. Defendant, Wayne Cameron Biediger, was served on September 21, 2022. (Exhibit C)

10. Defendants have not been served with any process, pleadings or orders in this action, and no other process, pleadings or orders have been filed in this action other than the documents attached hereto as Exhibit A.

11. 28 U.S.C. § 1441(a) provides the following:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

Jurisdiction exists in a removal action if the case might have originally been brought in court. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

12. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(3), in that thirty (30) days have not expired since September 20, 2022, the date on which the defendant, Mercer Transportation Company, Inc., was served with a copy of the Summons and Complaint, and within one year of the commencement of the original action.

2

13. This case could have originally been brought in the United States District Court pursuant to 28 U.S.C. § 1332, which provides:

> a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between (1) citizens of different States ...

28 U.S.C. § 1332(a).

14. On its face, Plaintiff's Complaint admits the matter exceeds the jurisdiction threshold of $50,000.00 for Illinois state court Law Division Actions. However, plaintiff is seeking damage for medical treatment and these treatment costs alone are in excess of $500,000.00. Based upon the nature of the allegations and damages sought, the amount in controversy exceeds $75,000.00, exclusive of fees and costs.

15. Promptly after the filing of this Notice of Removal, in compliance with 28 USC §1446 (d), Defendants shall give written notice of removal to all adverse parties and shall file a copy of the notice with the Clerk of the Circuit Court of Cook County, Illinois, thereby effecting the removal.

16. All Defendants are represented by Smith Amundsen move jointly for removal of this matter.

17. This court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between individuals, corporations, and a limited liability company deemed citizens of different states.

18. Defendants, Wayne Cameron Biediger, and Mercer Transportation Company Inc., respectfully request that this case be removed from the Circuit Court of Cook Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Wherefore, based upon the grounds for removal set forth above, Defendants, WAYNE CAMERAON BIEDGIGER, AND MERCER TRANSPORTATION, have filed this Notice of Removal, removing the instant action from the Circuit Court of Cook County, Illinois to this Court for all further proceedings.

> Respectfully submitted and signed on the 6th day of October 2022
>
> By: /s/ W. Mark Sickles
> Attorney for Defendants

Lew R. Bricker (#6206641)
W. Mark Sickles (#6206053)
SmithAmundsen, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
lbricker@smithamundsen.com
wmarksickles@smithamundsen.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2022, a true and correct copy of the foregoing Notice of Removal was filed using the Court's CM/ECF Electronic Filing System and served electronically on the following parties of record at their respective e-mail addresses.

> By: /s/ W. Mark Sickles
> Attorney for Defendants