All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 11/16/2022 9:30 AM

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
9/13/2022 3:09 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L008257
Calendar, R
19473792

TANYA WOODS, )
)
Plaintiff, )
)
vs. )
) 2022L008257
WAYNE CAMERON BIEDIGER, )
individually, and as agent and/or employee )
of MERCER TRANSPORTATION, and )
MERCER TRANSPORTATION, )
)
Defendants. )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, TANYA WOODS (hereinafter "the Plaintiff"), by and through her attorneys, AMBROSE BUTZEN LAW GROUP, P.C., and complaining of the Defendants, WAYNE CAMERON BIEDIGER, individually, and as agent and/or employee of MERCER TRANSPORTATION, and MERCER TRANSPORTATION, states as follows:

1. At all relevant times herein, the Plaintiff was a resident of the City of Chicago, County of Cook and the State of Illinois.

2. At all relevant times herein, Defendant WAYNE CAMERON BIEDIGER was a resident of the City of Castroville in the State of Texas.

3. At all relevant times herein, including but not limited to October 14, 2020, at about 10:35 a.m., Defendant WAYNE CAMERON BIEDIGER was acting as a duly authorized agent and/or employee of Defendant MERCER TRANSPORTATION and acting within the course and scope of his employment with that Defendant.

1

EXHIBIT A

4. At all relevant times herein, Defendant MERCER TRANSPORTATION was an Illinois corporation organized under the laws of the State of Illinois and transacting business in the State of Illinois on a regular and systematic basis.

5. On or about October 14, 2020, the Plaintiff was the owner and operator of a motor vehicle that was traveling in a northbound direction on Morgan Street, at or near its intersection with Pershing Road, in the City of Chicago, County of Cook and State of Illinois.

4. On or about October 14, 2020, Defendant WAYNE CAMERON BIEDIGER was the owner and operator of a motor vehicle that was also traveling in a north bound direction on Morgan Street, at or near its intersection with Pershing Road, in the City of Chicago, County of Cook and State of Illinois, in the lane directly to the Plaintiff's left side.

5. At all times relevant hereto, it was the duty of the Defendants, WAYNE CAMERON BIEDIGER, individually, and as agent and/or employee of MERCER TRANSPORTATION, and MERCER TRANSPORTATION, and each of them, to maintain and operate their motor vehicle in a safe and careful manner so as to avoid causing injury to the Plaintiff.

6. The Defendants, WAYNE CAMERON BIEDIGER, individually, and as agent and/or employee of MERCER TRANSPORTATION, and MERCER TRANSPORTATION, and each of them, breached the foregoing duties to the Plaintiff when they committed one or more of the following negligent acts or omissions:

   a. Drove too fast for conditions in violation of 625 ILCS 5/11-601;
   b. Failed to reduce speed in violation of 625 ILCS 5/11-601;
   c. Failed to sound a warning in violation of 625 ILCS 5/12-601;
   d. Failed to maintain control of his vehicles;

      e. Failed to maintain their vehicle in a safe condition;
      f. Failed to timely apply his brakes to avoid an accident;
      g. Failed to adequately warn of his presence;
      h. Failed to maintain a proper lookout for other cars upon the roadway;
      i. Made an illegal and unsafe right hand turn; and
      j. Was otherwise careless and negligent.

7. As a direct and proximate result of one or more of the foregoing careless or negligent acts of the Defendants, as alleged aforesaid, the vehicle operated by Defendant WAYNE CAMERON BIEDIGER collided with the Plaintiff's vehicle.

8. As the direct and proximate result of one or more of the foregoing careless or negligent acts or omissions of the Defendants, as alleged aforesaid, the Plaintiff was caused severe and permanent injuries that required and will continue to require the incurrence of significant medical bills for necessary medical care and treatment. As a further result, he was caused pain and suffering, loss of a normal life, lost wages and earning capability, an increased likelihood of future injury, all of which are expected to continue into the future on a permanent basis. The Plaintiff also suffered property damage to her vehicle.

## COUNT I

## TANYA WOODS v. WAYNE CAMERON BIEDIGER

9. Plaintiff TANYA WOODS re-alleges paragraphs 1-8 above as paragraph No. 9 of Count I of her complaint as fully alleged and incorporated herein.

WHEREFORE the Plaintiff, TANYA WOODS, prays that this Honorable Court enter judgment in her favor and against the Defendant, WAYNE CAMERON BIEDIGER, in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs.

FILED DATE: 9/13/2022 3:09 PM 2022L008257

## COUNT II

### TANYA WOODS v. MERCER TRANSPORTATION

10. Plaintiff TANYA WOODS re-alleges paragraphs 1-8 above as paragraph No. 10 of Count II of her complaint as fully alleged and incorporated herein.

WHEREFORE the Plaintiff, TANYA WOODS, prays that this Honorable Court enter judgment in her favor and against the Defendant, MERCER TRANSPORTATION, in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs.

AMBROSE BUTZEN LAW GROUP, P.C.

By: _____
David R. Butzen

AMBROSE BUTZEN LAW GROUP, P.C.
Attorneys for Plaintiff
77 West Washington, Suite 1124
Chicago, Illinois 60602
312-726-1470
Attorney No.: 59639
dbutzen@ambrosetriallaw.com

4